**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-2053**

LINDA L. WAGNER,

                    Plaintiff - Appellant,

          v.

LINDAWAGNER.COM, an Internet domain name,

                    Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Leonie M. Brinkema, District Judge.  (1:16-cv-00053-LMB-IDD)

Submitted:  February 28, 2017          Decided:  March 15, 2017

Before DUNCAN and KEENAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Linda L. Wagner, Appellant Pro Se.  Attison Leonard Barnes, III, Ari Scott Meltzer, David Edison Weslow, WILEY REIN, LLP, Washington, D.C., for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Linda L. Wagner appeals the district court's orders granting summary judgment in favor of the Internet domain name Lindawagner.com and denying reconsideration in Wagner's in rem action under the Anticybersquatting Consumer Protection Act, 15 U.S.C. § 1125(d) (2012). We have reviewed the record and the parties' arguments and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Wagner v. Lindawagner.com, No. 1:16-cv-00053-LMB-IDD (E.D. Va. Aug. 15, 2016; Aug. 19, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED